1034

No. 02–1354. JOHNSON ET AL. *v.* CITY OF CHESAPEAKE, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 02–1356. KENEMORE *v.* CONNER, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 02–1359. SCHAFLER *v.* FIELD ET AL. C. A. 4th Cir. Certiorari denied. 

No. 02–1361. MAITLAND *v.* PITNEY BOWES COPIER SYSTEMS, A DIVISION OF PITNEY BOWES, INC. C. A. 2d Cir. Certiorari denied. 

No. 02–1362. KING *v.* PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING. Commw. Ct. Pa. Certiorari denied. 

No. 02–1363. KRYSTEK *v.* UNIVERSITY OF SOUTHERN MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–1366. CHITKARA *v.* NEW YORK TELEPHONE CO. ET AL. C. A. 2d Cir. Certiorari denied. 

No. 02–1368. CSX TRANSPORTATION, INC. *v.* CAROLINA FEED MILLS, INC. C. A. 4th Cir. Certiorari denied. 

No. 02–1370. S. P. *v.* V. T. ET AL. Ct. Civ. App. Ala. Certiorari denied. 

No. 02–1373. OLSON ET AL. *v.* HILLSIDE COMMUNITY CHURCH, S. B. C., ET AL. Sup. Ct. Colo. Certiorari denied. 

No. 02–1376. BRITTAN COMMUNICATIONS INTERNATIONAL CORP. *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied. 

No. 02–1379. CITY OF BURBANK, CALIFORNIA *v.* RUBIN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 02–1380. FOSTER ET UX. *v.* MARITRANS, INC., ET AL. Super. Ct. Pa. Certiorari denied.